Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARTINA T. RICCIARDI** | 1:12-CV-01833-BR |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| **Commissioner of Social Security,** | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $6,789.34. Subject to any offset allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, 139 S. Ct. 2521 (2010), payment of this award shall be made via check sent to Alan Graf's address:

Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

It is so ORDERED

Dated this 13, day of February, 2014

_____
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1